# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KLEIN,<br><br>    Plaintiff,<br><br>  v.<br><br>C. GRAVANCE, et al.,<br><br>    Defendants. | Case No. 1:14-cv-01431 DLB PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FOLLOW COURT ORDER<br><br>THIRTY-DAY RESPONSE DEADLINE |

Plaintiff Michael Klein ("Plaintiff") is a former prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.[1]

On September 22, 2015, the Court ordered Plaintiff to return service documents within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and Plaintiff has failed to comply with the order.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why he failed to comply with the Court's September 22, 2015, order. Plaintiff must file a response to this order within thirty (30) days of the date of service. Plaintiff may also comply with this order by returning service documents.

///

///

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on September 25, 2014.

1

<u>Failure to comply with this order will result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated:   **November 4, 2015**                              /s/ Dennis L. Beck
                                                                       UNITED STATES MAGISTRATE JUDGE

2